FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRANSAMERICA TIRE CO., LTD., | : |
| | : |
| Plaintiff, | : **SUMMONS** |
| | : |
| v. | : Court No.     26-03355 |
| | : |
| THE UNITED STATES, | : |
| | : |
| Defendant. | : |

**TO**:   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. 1581(c) to contest the determination described below.

*/s/ Gina Justice*
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff Transamerica Tire Co., Ltd. (Transamerica) is a U.S. importer. On June 24, the U.S. Department of Commerce ("Department") issued a final scope ruling finding that 61 models of new pneumatic radial light truck tires imported by Transamerica are within the scope of the antidumping and countervailing duty ("AD/CVD") orders on Passenger Vehicle and Light Truck ("PVLT") Tires from the People's Republic of China ("PRC"). Transamerica participated as a party in the above-referenced scope proceeding and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Transamerica accordingly has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief description of the contested determination</u>: Transamerica contests the Department's determination in *Passenger Vehicle and Light Truck Tires from the People's Republic of China: Final Scope Ruling on Request from Transamerica Tire Co., Ltd.,* dated June 24, 2026, finding that 61 models of new pneumatic light truck tires imported by Transamerica are within the scope of the AD/CVD orders on PVLT Tires from the PRC.

3. <u>Effective date of the determination</u>: June 24, 2026, is the effective date when the Department issued its final scope ruling finding 61 models of new pneumatic light truck tires imported by Transamerica are within the scope of the AD/CVD orders on PVLT Tires from the PRC.

**FORM 3-1**

4. <u>Date of publication in the Federal Register of the contested determination</u>: Not applicable. This Department's final scope ruling finds that 61 models of new pneumatic light truck tires imported by Transamerica are within the scope of the AD/CVD orders on PVLT Tires from the PRC was not published in the Federal Register.

Respectfully Submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

Jordan C. Kahn
Ned. H. Marshak*
Brandon M. Petelin

*599 Lexington Ave FL 36,
New York NY 10022
(212) 557-4000
-and-
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Counsel for Plaintiff Transamerica Tire Co., Ltd.*

Dated: July 24, 2026

**FORM 3-1**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
Office of the Chief Counsel for Import Administration
U.S. Department of Commerce
14th Street & Constitution Ave., NW Washington, D.C. 20230

Date: _____          By: The Honorable Gina Justice
                               Clerk of the Court