**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRANSAMERICA TIRE CO., LTD.,<br>*Plaintiff,*<br>*v.*<br>UNITED STATES,<br>*Defendant.* | Court No. 26-03355 |

**CONSENT MOTION TO INTERVENE AS DEFENDANT-INTERVENOR**

Pursuant to Rule 24 of the Rules of this Court, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("USW" or "Proposed Defendant-Intervenor"), moves to intervene as of right in the above-designated action as Defendant-Intervenor. In support of this motion, the Proposed Defendant-Intervenor states as follows:

1. On July 24, 2026, Plaintiff Transamerica Tire Co., Ltd. initiated this action by filing a Summons indicating its intention to appeal the U.S. Department of Commerce's ("Commerce") final determination, as amended, in the scope inquiry addressing the coverage of the antidumping ("AD") and countervailing duty ("CVD") orders on passenger and light truck ("PVLT") tires from China to certain tires exported to the United States by Plaintiff. ECF No. 1 (Summons). *See also Notice of Scope Rulings*, 91 Fed. Reg. 50,791, 50,792 (Dep't Commerce Aug. 6, 2026) (publication of the scope determination).

2. Proposed Defendant-Intervenor was the petitioner in the original investigations that led to the AD & CVD orders on PVLT tires from China and actively participated before Commerce as a domestic interested party in the scope inquiry that is the subject of Plaintiff's appeal. Proposed

Defendant-Intervenor is a certified union that represents workers engaged in the production of PVLT tires in the United States and is thus an interested party under 19 U.S.C. § 1677(9)(D). Hence, Proposed Defendant-Intervenor has standing in this case and the right to intervene pursuant to Rule 24(a)(1) of the Rules of this Court, 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(j)(1)(B).

3. Plaintiff filed its complaint in this action on August 24, 2026. ECF No. 7. Therefore, this motion to intervene is timely pursuant to CIT Rule 24(a), having been made prior to 30 days after the date of service of the Complaint.

4. In accordance with Rules 24(c) and 7(f) of this Court, counsel for Proposed Defendant-Intervenor consulted with the other parties to this proceeding with regard to this motion to intervene. On August 25, 2026, counsel for Plaintiff, Jordan C. Kahn of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, consented to this motion. On August 27, 2026, counsel for Defendant, Julius A. Halstead, consented to this motion.

Accordingly, Proposed Defendant-Intervenor respectfully requests that the Court grant this motion to intervene as a matter of right as Defendant-Intervenor in this proceeding.

Respectfully Submitted,
/s/ Roger B. Schagrin
Roger B. Schagrin
Elizabeth J. Drake
Nicholas J. Birch
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W.
Suite 500
Washington, D.C. 20001
*Counsel for the USW*

Dated: August 28, 2026

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRANSAMERICA TIRE CO., LTD.,<br>*Plaintiff,*<br>*v.*<br>UNITED STATES,<br>*Defendant.* | Court No. 26-03355 |

**ORDER**

Upon consideration of the Consent Motion to Intervene as Defendant-Intervenor filed by the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("USW"), and upon consideration of all other papers and proceedings herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that USW be entered as Defendant-Intervenor in the above-captioned action.

_______________________________________, JUDGE

Dated: ____________________, 2026
New York, New York