**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRANSAMERICA TIRE CO., LTD.,<br>*Plaintiff,*<br>*v.*<br>UNITED STATES,<br>*Defendant.* | Court No. 26-03355 |

**ORDER**

Upon consideration of the Consent Motion to Intervene as Defendant-Intervenor filed by the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("USW"), and upon consideration of all other papers and proceedings herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that USW be entered as Defendant-Intervenor in the above-captioned action.

________________________________________
, JUDGE

Dated: __________________, 2026
New York, New York

Pursuant to Rule 82(b)(5), the above motion is Granted.

Dated: August 28, 2026

Clerk of the Court
By: /s/ Giselle Almonte
Deputy Clerk